# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1. NICOLE STONE, an individual, )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>1. GLOVER NISSAN, LLC, )<br>d/b/a JIM GLOVER NISSAN, )<br>a domestic limited liability company, )<br>)<br>Defendant. ) | Case No.: 17-CV-540-CVE-FHM |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the Plaintiff, Nicole Stone, by and through her attorney of record, Jessica N. Bailey of *Armstrong & Vaught, P.L.C.*, and the Defendant, Jim Glover Nissan, by and through its attorney of record, Denelda L. Richardson of *Rhodes, Hiernymus, Jones, Tucker & Gable, PLLC*, and, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of all of Plaintiff's claims and causes of action brought against Defendant the above styled and numbered case with prejudice, each party to bear his or its own attorney's fees and costs.

Dated this 19th Day of June, 2018.

Respectfully Submitted,

/s/ *Jessica N. Bailey*
Jessica N. Bailey, OBA No. 33114
Charles C. Vaught, OBA No. 19962
Armstrong & Vaught, P.L.C.
2727 E. 21st Street, Suite 505
Tulsa, OK 74114
(918) 582-2500 – Telephone
(918) 583-1755 – Facsimile
cvaught@a-vlaw.com
Attorney for Plaintiff


/s/ *Denelda Richardson*
Denelda Richardson, OBA #20103
Jessica R. Fu, OBA #30560
Rhodes, Hieronymous, Jones, Tucker & Gable, PLLC
P.O. Box 21100
Tulsa, OK 74121
(918) 582-1173 – Telephone
(918) 592-3390 – Facsimile
drichardson@rhodesokla.com
jfu@rhodesokla.com
***Attorneys for Defendant***
*signed by filing attorney with permission